UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PAMELA CONNALLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 09-cv-1033-JPG |
| | ) | |
| WALGREEN CO., *an Illinois* | ) | |
| *Corporation doing business as* | ) | |
| Walgreen's Distribution Center, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on its own initiative for purposes of case management. Specifically, the Court is concerned with Plaintiff Pamela Connally's failure to respond to Defendant Walgreen Co.'s ("Walgreen") Motion for Summary Judgment (Doc. 15) and Memorandum in Support Thereof (Doc. 16).

Pursuant to Local Rule 7.1(c), Connally's response was due thirty days after said motion was served, but thirty days have passed and Connally has not responded. The Court may, in its discretion, construe a party's failure to file a timely response as an admission of the merits of the motion. S.D. Ill. L. R. 7.1(c).

Being fully advised of the premises, the Court hereby **ORDERS** Connally to **SHOW CAUSE** on or before **December 3, 2010**, why the Court should not construe her failure to timely respond to Walgreen's motion as an admission of its merits and grant the relief sought accordingly.

**IT IS SO ORDERED.**
**Dated: November 15, 2010**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**