IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAMELA CONNALLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 09-cv-1033-JPG |
| | ) |
| WALGREEN CO. an Illinois Corporation d/b/a Walgreen's Distribution Center, | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT IN A CIVIL CASE**

The Court having received a stipulation for dismissal signed by all parties of record; and/or having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice, without costs.

DATED:   January 18, 2011

                NANCY ROSENSTENGEL, Clerk of Court

                By:s/Deborah Agans, Deputy Clerk

APPROVED:   *s/J. Phil Gilbert*
                    J. PHIL GILBERT
                    U. S. DISTRICT JUDGE